**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID AL-WATAN, TALAL CHOLAGH, ALI
ALZEREJ, HASAN AL-ZEREJ, MOHAMMAD
AL-SAEDY, HUSSEIN ALSALIH,

    Plaintiffs,

v.                                                                          Case No. 2:07-cv-14687
                                                                            HON. Paul D. Borman
AMERICAN AIRLINES, INC.,                                                    Referral Judge: Steven R. Whalen

    Defendant.
_____/

ALLEN BROTHERS, PLLC
Lawrence T. Garcia (P54890)
Attorneys for Plaintiffs
400 Monroe, Suite 220
Detroit, Michigan 48226
(313) 962-7777
lgarcia@allenbrotherspllc.com

PHIFER & WHITE, P.C.
Randolph D. Phifer (P25206)
Joseph M. White (P34549)
Jeffrey G. Collins (P37260)
Attorneys for Defendants
1274 Library Street, Suite 500
Detroit, Michigan 48226
(313) 964-2360
rphifer@phiferwhite.com
_____/

## STIPULATED ORDER

    At a session of the U. S. District Court, held
in the courtroom thereof, City of Detroit, and
State of Michigan, on 4/23/08

    PRESENT: HON. PAUL D. BORMAN
     U.S. District Court Judge

    This matter having been stipulated and agreed to by the parties, and the

Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs will be produced for their depositions on the following dates and times:

Ali Al-Zerej – May 12, 2008 at 9:00 a.m.
Talal Cholagh – May 13, 2008 at 9:00 a.m.
Hassan Alzerej – May 15, 2008 at 9:00 a.m.
Mohammed Al-Saedy – May 21, 2008 at 9:00 a.m.
David Al-Watan – May 22, 2008 at 9:00 a.m.
Hussain Al-Saleh – June 12, 2008 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the four remaining Plaintiffs will be re-scheduled for their medical examinations on the following dates and times:

David Al-Watan – May 20, 2008 at 6:15 p.m.
Hassan Alzerej - May 21, 2008 at 4:45 p.m.
Talal Cholagh - May 27, 2008 at 5:45 p.m.
Hussain Al-Saleh – June 11, 2008 at 4:45 p.m.

**IT IS FURTHER ORDERED** that Plaintiff's counsel has agreed to provide Defendants' responses to their Interrogatory No. 12, in interrogatory form, by 5:00 p.m., Thursday, May 8, 2008. Any and all unforeseen cancellations will be announced as soon as possible and rescheduled as soon as reasonable and feasible.

IT IS SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: April 30, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 30, 2008.

s/Denise Goodine

Case Manager

*THE PARTIES HEREBY STIPULATE AND
AGREE TO THE ENTRY OF THIS ORDER.*

| BY: s/with consent of Lawrence T. Garcia | BY: s/Joseph M. White |
|---|---|
| LAWRENCE T. GARCIA (P54890) | RANDOLPH D. PHIFER (P25206) |
| ALLEN BROTHERS, PLLC | JOSEPH M. WHITE (P34549) |
| Attorney for Plaintiffs | JEFFREY G. COLLINS (P37260) |
| 400 Monroe, Suite 220 | PHIFER & WHITE, P.C. |
| Detroit, Michigan 48226 | Attorneys for Defendant |
| (313) 962-7777 | 1274 Library Street, Suite 500 |
| lgarcia@allenbrotherspllc.com | Detroit, Michigan 48226 |
|  | (313) 964-2360 |
|  | jwhite@phiferwhite.com |

DATED: April 29, 2008