UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

David Al–Watan, et al.,

                Plaintiff(s),

v.                                        Case No. 2:07–cv–14687–PDB–RSW
                                            Hon. Paul D Borman

American Airlines, Incorporated,
et al.,

                Defendant(s).

_____/

**JUDGMENT FOR DEFENDANT(S)**
Decision by Court

    This action came to trial or hearing before the Court.  The issues have been duly tried or heard and a decision has been rendered.

    The Court has ordered that Plaintiff(s) recover nothing, the action be dismissed on the merits, and the Defendant(s) recover costs from Plaintiff(s).


                                        DAVID J. WEAVER, CLERK OF COURT


                                  By: s/ D. Goodine
                                          Deputy Clerk


Dated:   September 3, 2009


Approved as to form:

s/ Paul D Borman